# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Ruth B. | Supreme Court of the United States | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/31/12 | Wake Forest School of Law, Venice, Italy and Vienna, Austria - Summer Seminars July 7-21, 2012 | $10,000.40 |
| 2. 10/15/12 | Yale University, New Haven, CT - Gruber Lecturer October 18-19, 2012 | $15,819.01 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Columbia Law School | February 9-11, 2012 | New York, NY | Panelist at Gender & Sexuality Law Symposium | transportation, lodging, food |
| 2. | Wake Forest School of Law | July 7-21, 2012 | Venice, Italy and Vienna, Austria | Participant in Summer Seminars | transportation, lodging, food |
| 3. | American Bar Assocation | August 2-4, 2012 | Chicago, IL | Panelist at Annual Meeting | transportation, lodging, food |
| 4. | University of Colorado, Colorado Law | September 18-20, 2012 | Boulder, CO | Speaker at Bench and Bar Conference | transportation, lodging, food |
| 5. | Yale Law School | October 18-20, 2012 | New Haven, CT | Speaker at Inaugural Gruber Distinquished Women's Rights Lecture | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Ruth B.** | 05/15/2013 |

| 6. | Glamour magazine | November 11-13, 2012 | New York, NY | Recipient of Glamour Woman of the Year Lifetime Achievement Award | transportation, lodging, food |
|---|---|---|---|---|---|
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Glamour Women of the Year | Award recipient gift bag | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account-Morgan Guaranty Trust Co., NYC | | None | J | T | | | | | |
| 2. Checking account-interest bearing-PNC Bank, DC | A | Interest | J | T | | | | | |
| 3. JP Morgan Intermediate Tax Free Income Fund | E | Interest | P1 | T | | | | | |
| 4. TIAA/CREF Retirement Accounts (including IRA) | A | Interest | P1 | T | Distributed (part) | 12/01/12 | L | F | |
| 5. TIAA/CREF Mutual Funds | E | Int./Div. | N | T | | | | | |
| 6. JP Morgan Total Return Select Fund | D | Dividend | M | T | | | | | |
| 7. JP Morgan Short Duration Bond Fund | D | Int./Div. | O | T | Sold (part) | 7/22/12 | M | A | |
| 8. JPM Equity Income (previously JPM Tax Aware Discipline Eq.) | C | Dividend | M | T | | | | | |
| 9. JP Morgan Market Expansion | B | Dividend | M | T | | | | | |
| 10. JP Morgan Emerging Markets | A | Dividend | M | T | | | | | |
| 11. JP Morgan Investment Cash | A | Interest | J | T | | | | | |
| 12. JP Morgan Int'l Currency | D | Interest | M | T | Sold (part) | 10/03/12 | K | A | |
| 13. Wells Fargo Ultra (sold 10/21/11, see VIII.) | | | | | | | | | |
| 14. Fried, Frank Pension (commenced on death of spouse) (x) | G | Distribution | P1 | T | | | | | |
| 15. JP Morgan Tax Aware Equity | A | Dividend | K | T | Buy | 1/17/12 | K | | |
| 16. JP Morgan Strategic Income Opportunity | C | Dividend | M | T | Buy | 7/30/12 | M | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 13 - Wells Fargo Ultra was purchased and sold in 2011. The sale took place on 10/21/11 and the Value Code should of been L and the Gain Code should of been A. The purchase was reported on the 2011 Financial Disclosure Report; the sale was inadvertently omitted.

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Ruth B. | 05/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ruth B. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544